UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

        Plaintiff

        -v-

                                                  13-CV-0208S

$25,903.00 UNITED STATES CURRENCY,

        Defendant.

_____

## **DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

        Pursuant to the Court's Order of September 17, 2014, wherein this Court accepted the Magistrate Judge's Report and Recommendation (Docket No. 30) which recommended that the plaintiff's unopposed Motion for Default Judgment and Order of Forfeiture be granted, and it is now hereby

        **ORDERED,** that this Judgment of Default be entered against the defendant currency; and it is hereby

        **ORDERED**, that the defendant currency, $25,903.00 UNITED STATES CURRENCY, is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6); and it is further

        **ORDERED**, that the United States Marshals Service shall dispose of the defendant currency in accordance with law; and it is further

        **ORDERED,** that any claims to the defendant currency are hereby forever barred.

        **SO ORDERED.**

Dated:  September 19, 2014
             Buffalo, NY                                          <u>s/William M. Skretny</u>
                                                                    WILLIAM M. SKRETNY
                                                                           Chief Judge
                                                             United States District Court